**Electronically Filed
Supreme Court
SCWC-21-0000469
10-MAY-2023
10:14 AM
Dkt. 9 ODAC**

SCWC-21-0000469

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DJ,
Petitioner/Plaintiff-Appellant,

vs.

CJ,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000469; FC-D NO. 12-1-6689)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Kawamura and Circuit Judge Viola,
assigned by reason of vacancies)

Petitioner/Plaintiff-Appellant DJ's Application for Writ of

Certiorari filed on March 31, 2023, is rejected.

DATED: Honolulu, Hawai'i, May 10, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Shirley M. Kawamura

/s/ Matthew J. Viola

